Jacob A. Reynolds (Bar No. 10199)
HUTCHISON & STEFFEN, LLC
10080 W. Alta Drive, Suite 200
Las Vegas, NV 89145
(702) 385-2500
jreynolds@hutchlegal.com

Philip A. Kantor (Bar No. 6701)
LAW OFFICES OF PHILIP A. KANTOR, P.C.
1781 Village Center Circle, Suite 120
Las Vegas, NV 89134-0120
(702) 255-1300
prsak@aya.yale.edu

William G. James II (admitted *pro hac vice*)
John Coy Stull (admitted *pro hac vice*)
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, D.C. 20001-4432
(202) 346-4046
wjames@goodwinprocter.com
jstull@goodwinprocter.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SPECTRUM PHARMACEUTICALS, INC. and UNIVERSITY OF STRATHCLYDE,<br><br>      Plaintiffs, Counterdefendants,<br><br>v.<br><br>WEST-WARD PHARMACEUTICAL CORP. and EUROHEALTH INTERNATIONAL SARL<br><br>      Defendant, Counterclaimant. | Case No. 2:14-cv-00980-GMN-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER ADJOURNING SETTLEMENT CONFERENCE PENDING STAY** |

ACTIVE/82614134.2

**STIPULATION AND [PROPOSED] ORDER
ADJOURNING SETTLEMENT CONFERENCE PENDING STAY
(Third Request)**

Plaintiffs Spectrum Pharmaceuticals, Inc. and University of Strathclyde ("Plaintiffs"), on the one hand, and Defendants West-Ward Pharmaceutical Corp. and Eurohealth International Sarl ("Defendants"), on the other hand, by and through their respective counsel of record, hereby state the following:

1. The current litigation involves the same patent (U.S. Patent 6,500,829) as the related case *Spectrum Pharmaceuticals, Inc. and University of Strathclyde v. Sandoz Inc.*, No. 2:12-cv-00111-GMN-NJK (the "Sandoz Case") where the Court issued a final judgment that Spectrum is currently appealing to the U.S. Court of Appeals for the Federal Circuit (Appeal No. 15-1407). The appeal is fully briefed and scheduled for oral argument in August 2015.

2. The parties have agreed to stay this litigation until the resolution of the appeal in the Sandoz Case and are finalizing the details of a Joint Motion to Stay that they expect to file soon.

3. The parties agree that a further effort to settle this case before the resolution of the appeal in the Sandoz Case would be futile.

4. The parties agree to contact this Court to reschedule the settlement conference within 14 days after the stay of litigation is lifted.

5. Accordingly, the parties jointly request that the Court adjourn the settlement conference currently set for June 24, 2015.

-2-

ACTIVE/82614134.2

| | |
|---|---|
| MARSHALL, GERSTEIN & BORUN LLP | GOODWIN PROCTER LLP |
| By: /s/ John R. Labbe | By: /s/ John Coy Stull |
| Mark H. Izraelewicz (admitted *pro hac vice*) | William G. James (admitted *pro hac vice*) |
| Thomas I. Ross (admitted *pro hac vice*) | John Coy Stull (admitted *pro hace vice*) |
| Kevin M. Flowers (admitted *pro hac vice*) | 901 New York Avenue, NW |
| John R. Labbe (admitted *pro hac vice*) | Washington, D.C. 20001 |
| Amanda Antons (admitted *pro hac vice*) | |
| 233 South Wacker Drive | LAW OFFICES OF PHILIP A. KANTOR |
| 6300 Willis Tower | Philip A. Kantor (Nevada Bar #6701) |
| Chicago, IL 60606-6357 | 1781 Village Center Circle, Suite 120 |
| | Las Vegas, NV 89134 |
| LEWIS ROCA ROTHGERBER LLP | |
| | HUTCHISON & STEFFEN |
| Michael J. McCue (Nevada Bar #6055) | Jacob A. Reynolds (Nevada Bar #10199) |
| Jonathan W. Fountain (Nevada Bar #10351) | 10080 West Alta Drive |
| 3993 Howard Hughes Parkway, Suite 600 | Las Vegas, NV 89145 |
| Las Vegas, NV 89169-5996 | |
| | *Attorneys for Defendants-Counterclaimants* |
| *Attorneys for Plaintiffs-Counterdefendants* | |

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 19, 2015

-3-

ACTIVE/82614134.2

CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2015, I filed the foregoing document entitled STIPULATION AND [PROPOSED] ORDER ADJOURNING AND RESETTING SETTLEMENT CONFERENCE (THIRD REQUEST), with the Clerk of the Court via the Court's CM/ECF system, which will send electronic notice of the same to the following counsel of record:

- Mark H. Izraelewicz Esq. (mizraelewicz@marshallip.com);
- Thomas I. Ross Esq. (tross@marshallip.com);
- Kevin M. Flowers Esq. (kflowers@marshallip.com);
- John R. Labbe Esq. (jlabbe@marshallip.com);
- Amanda Antons Esq. (aantons@marshallip.com);
- Michael J. McCue Esq. (mmccue@lrrlaw.com);
- Jonathan W. Fountain Esq. (jfountain@lrrlaw.com); and
- Meng Zhong Esq. (mzhong@lrrlaw.com).


/s/ J. Coy Stull
An employee of Goodwin Procter LLP

-4-

ACTIVE/82614134.2