Jacob A. Reynolds (Bar No. 10199)
HUTCHISON & STEFFEN, LLC
10080 W. Alta Drive, Suite 200
Las Vegas, NV 89145
(702) 385-2500
jreynolds@hutchlegal.com

Philip A. Kantor (Bar No. 6701)
LAW OFFICES OF PHILIP A. KANTOR, P.C.
1781 Village Center Circle, Suite 120
Las Vegas, NV 89134-0120
(702) 255-1300
prsak@aya.yale.edu

William G. James II (admitted *pro hac vice*)
John Coy Stull (admitted *pro hac vice*)
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, D.C. 20001-4432
(202) 346-4046
wjames@goodwinprocter.com
jstull@goodwinprocter.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SPECTRUM PHARMACEUTICALS, INC. and UNIVERSITY OF STRATHCLYDE, | Case No. 2:14-cv-00980-GMN-PAL |
| Plaintiffs, Counterdefendants, | |
| v. | **ORDER STAYING ACTION** |
| WEST-WARD PHARMACEUTICAL CORP. and EUROHEALTH INTERNATIONAL SARL | |
| Defendant, Counterclaimant. | |

ACTIVE/82614184.1

1   WHEREAS, on June 18, 2014, Plaintiffs Spectrum Pharmaceuticals, Inc. and University of Strathclyde (collectively "Plaintiffs") brought this action alleging infringement of U.S. Patent No. 6,500,829 (the "'829 Patent") under U.S.C. 271(a), (b), (c), and (e)(2)(A); and

WHEREAS Plaintiffs and Defendants West-Ward Pharmaceutical Corp. and Eurohealth International Sarl (collectively "West-Ward") have jointly moved to stay the action pending outcome of the appeal to the U.S. Court of Appeals for the Federal Circuit ("Federal Circuit") in *Spectrum Pharmaceuticals, Inc. et al. v. Sandoz, Inc.*, Case No. 2:12-cv-00111 ("Sandoz Action"), in accordance with the terms and conditions agreed to by the parties in the Joint Motion To Stay (D.I. 61).

NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. This case, including all claims, counterclaims, and defenses as between Plaintiffs and West-Ward, is hereby stayed in its entirety pending the outcome of the appeal to the Federal Circuit in the Sandoz Action. Upon resolution of the appeal in the Sandoz Action, Plaintiffs and West-Ward shall file a motion requesting the stay of this case be lifted for purposes as agreed in the Joint Motion to Stay.

2. During the pendency of the stay of this case, the statutory 30 month stay under 21 U.S.C. § 355(j)(5)(B)(iii) will be tolled for: (i) the amount of time between the date of this Order and the date the Federal Circuit issues its decision in the Sandoz Action (with or without a written opinion) reversing or vacating the Court's February 20, 2015 judgment and remanding the case to this Court, or (ii) four (4) months from the date of this Order, whichever is shorter.

3. Depositions taken in the Sandoz Action will be available for use in this action. Upon lifting of the stay, the parties agree to use their best efforts to limit discovery to those issues about which discovery has not already been taken in the Sandoz Action.

4. Each party shall bear its own costs and attorneys' fees in this action.

5. The parties shall file a joint status report with the Court every 90 days.

Dated: June 23, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

-2-

ACTIVE/82614184.1