Jacob A. Reynolds (10199)
HUTCHISON & STEFFEN, LLC
10080 W. Alta Drive, Suite 200
Las Vegas, NV 89145
(702) 385-2500
jreynolds@hutchlegal.com

Philip A. Kantor (6701)
LAW OFFICES OF PHILIP A. KANTOR, P.C.
1781 Village Center Circle, Suite 120
Las Vegas, NV 89134-0120
(702) 255-1300
prsak@aya.yale.edu

William G. James II (admitted *pro hac vice*)
John Coy Stull (admitted *pro hac vice*)
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, D.C. 20001-4432
(202) 346-4046
wjames@goodwinprocter.com
jstull@goodwinprocter.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SPECTRUM PHARMACEUTICALS, INC. and UNIVERSITY OF STRATHCLYDE,<br><br>Plaintiffs, Counterdefendants,<br><br>v.<br><br>WEST-WARD PHARMACEUTICAL CORP. and EUROHEALTH INTERNATIONAL SARL<br><br>Defendant, Counterclaimant. | Case No. 2:14-cv-00980-GMN-PAL<br><br>**JUDGMENT** |

ACTIVE/82614184.1

1    WHEREAS, on June 18, 2014, Plaintiffs Spectrum Pharmaceuticals, Inc. and University of Strathclyde (collectively "Plaintiffs") brought this action alleging infringement of U.S. Patent No. 6,500,829 under U.S.C. §§ 271(a), (b), (c), and (e)(2)(A); and

    WHEREAS Plaintiffs and Defendants West-Ward Pharmaceutical Corp. and Eurohealth International Sarl (collectively "West-Ward") have jointly moved for final judgment in this action in accordance with the Joint Motion for Final Judgment (Doc. 68).

    NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

Judgment is entered in favor of West-Ward that claims 1 and 2 of the '829 patent are invalid, and claims 3-14 of the '829 patent are not infringed by ANDA No. 206263 as if fully tried and adjudicated.

Dated: __June 9, 2016__          _____
                                  United States District Judge

ACTIVE/82614184.1